UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                                 S14 19 CR 536 (PKC)

        -against-                                                                                          ORDER

Roberto Juan Nieves Perez – 10,
Eric Manuel Fernandez Colon – 11,
Omar Lopez Castro – 12, and
Esteban Vargas Sanjurjo -13,

                            Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel for Mr. Vargas Sanjurjo and Mr. Fernandez Colon, the arraignment previously scheduled for December 13, 2022, is adjourned until January 24, 2023 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow for the continued production and review of discovery materials and will allow for continued discussions between the Government and defendants regarding pretrial dispositions to the case.  Accordingly, the time between today and January 24, 2023 is excluded.

        SO ORDERED.

                                                                                      P. Kevin Castel
                                                                            United States District Judge

Dated: New York, New York
          December 9, 2022