UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA                          S14 19 CR 536 (PKC)

       -against-                                               ORDER

ROBERTO JUAN NIEVES PEREZ,

                     Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, USDJ

       There will be a Curcio hearing on January 4, 2023 at 2:00 p.m.  Kenneth Montgomery of the CJA panel is provisionally appointed to represent Mr. Nieves Perez on the Curcio issue.  Mr. Del Valle and Mr. Montgomery, the Government and Mr. Nieves Perez will appear at the hearing.

       SO ORDERED.

                                                  P. Kevin Castel
                                       United States District Judge

Dated:  New York, New York
         December 12, 2022