UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                                    19 Cr. 536 (PKC)
                                    Plaintiff,

                                                            **ODER FOR ADMISSION**
-against-                                                   **PRO HAC VICE**

ROBERTO JUAN NIEVE-PEREZ,
                                    Defendant.

        The motion of Wilfredo Diaz Narvaez, for admission to practice Pro Has Vice in the
above captioned action is granted.

        Applicant has declared that he is a member in good standing of the bar of Puerto Rico;
and that his contact information is as follows:

                        Wilfredo Diaz-Narvaez
                        Wilfredo Diaz Narvaez Law Office PO Box 31270
                        San Juan, PR 00929-2270 787-759-7269
                        Fax: 787-753-4598
                        Email: attwdn@hotmail.com

        Applicant having requested admission Pro Has Vice to appear for all purposes as co-
counsel for Pedro Guzman Martinez in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Has Vice in the
above captioned case in the United States District Court for the Southern District of New York.

        All attorneys appearing before this Court are subject to the Local Rules of this Court,
including the rules governing discipline of attorneys.

Dated: 2/13/2023

                                        _____
                                        United States District XXXXXXXXXXXXXX