UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                S14 19 CR 536 (PKC)

        -against-                                       ORDER

Roberto Juan Nieves Perez,
Eric Fernandez Colon, Omar Lopez Castro,
and Esteban Vargas Sanjurjo,

                            Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The pretrial conference previously scheduled for May 2, 2023 is adjourned until May 12, 2023 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to accommodate the Court's schedule.  Accordingly, the time between today and May 12, 2023 is excluded.

        SO ORDERED.

                                                      P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       April 20, 2023