UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                     S14 19 CR 536 (PKC)

        -against-                                               ORDER

Roberto Juan Nieves Perez,
Eric Fernandez Colon, Omar Lopez Castro,
and Esteban Vargas Sanjurjo,

                               Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The May 12, 2023 conference in the above case is being moved up to May 11, 2023 at 11:15 a.m. in Courtroom 11D.

        SO ORDERED.

                                                        P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       April 27, 2023