UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  19-cr-536 (PKC)

        -against-

                                                  ORDER

ROBERTO JUAN NIEVES PEREZ,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        David Anders, a member of the CJA Panel on duty today, is appointed as additional counsel (and standby lead counsel) to Roberto Juan Nieves Perez.

        SO ORDERED.

Dated: New York, New York
         May 15, 2023

                                                P. Kevin Castel
                                           United States District Judge