

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2023

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Roberto Nieves-Perez,* S14 19 Cr. 536 (PKC)

Dear Judge Castel:

The Government respectfully writes to request that the Court schedule a change-of-plea hearing for defendant Roberto Nieves-Perez in the above-captioned case. Defense counsel for defendant Nieves-Perez and the Government have conferred and are available the following dates and times for a change-of-plea hearing:

| | |
|---|---|
| October 2, 2023: | 10:00 a.m. to 5:00 p.m. |
| October 3, 2023: | 10:00 a.m. to 5:00 p.m. |
| October 4, 2023: | 10:00 a.m. to 5:00 p.m. |
| October 5, 2023: | 10:00 a.m. to 5:00 p.m. |

Change-of-plea hearing is scheduled for October 3, 2023 at 3:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated:  9/25/2023

*[Signature: P. Kevin Castel]*
P. Kevin Castel
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By: *[Signature]*
Juliana N. Murray / Andrew Jones
Assistant United States Attorneys
(212) 637-2314 / -2249

cc:  Counsel (by ECF)